AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:23-mj-00327 |
| MICHAEL EVERTS | ) Assigned to: Judge Upadhyaya, Moxila A. |
| DOB: XXXXXX | ) Assign Date: 11/29/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 24, 2023, November 9, 2023, and November 14, 2023__ in the
in the county of _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |
| 18 U.S.C. 2252(a)(2) and (b)(1) | Distribution of Child Pornography. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas Sullivan, Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/29/2023

_____
*Judge's signature*

City and state: Washington, D.C.    Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*