Case 1:23-mj-00327-MAU   Document 1-1   File...

Case: 1:23-mj-00327
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 11/29/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

The National Center for Missing and Exploited Children (NCMEC) is a non-profit 501(c)(3) organization that serves as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited children. NCMEC operates a CyberTipline and Child Victim Identification program. Through the Cyber Tipline, Internet Service Providers (ISP), Electronic Service Providers (ESP), and individual persons may notify NCMEC of online child sexual abuse images. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement agencies.

On July 25, 2023, a representative of NCMEC received a report regarding attempted child exploitation on an online application from an employee of Sniffies[1]. The Sniffies employee reported that the Sniffies user #64b46faa0433caaee2516a09 had "before suspension…actively [sought] underage."

Sniffies provided transcripts of the reported user's messages to other users which included the following,

1. *That's hot. Cheating is kind of hot. Cheating makes me wanna go on face book and look at beach pics of people's kids*
2. *Wow. Yeah 10 to 12 yr old cock is beautiful*
3. *I wish. Youngest was 16. Love their tiny hairless child cocks. U?*
4. *Nice man. Remove 500 from any number I write Yeah there's a boy that I first noticed him when he was 508. That's younger than I like, but I noticed him. When he was 510 and 511 he was hottest. I've kept track of him on his mom's facebook...he's like 515 now but still hot. But I wanted to most see him nude when he was 510 and 511*
5. *If u have tele, I'm @ethaneffex*

Based on my training and experience, your affiant is aware that "tele" can be used as shorthand for the Telegram social media application.

Sniffies advised that the reported account is registered to a user who provided an email address of verashula@gmail.com and accessed the account from an internet protocol (IP) address of 166.198.21.127 on July 25, 2023. Sniffies also reported that the user's estimated location on July 25, 2023, was in Silver Spring, Maryland.

NCMEC subsequently forwarded this investigation to the Maryland Internet Crimes Against Children (ICAC) Task Force, which assigned the investigation to the Montgomery County Police Department (MCPD) ICAC Task Force. The MCPD ICAC issued an administrative subpoena for subscriber information for the Google account of Verashula@gmail.com. Google advised that the account is linked to an AT&T phone number of 202-255-7814.

---

[1] Sniffies is an interactive, map-based hookup web app for gay, bisexual, and bicurious guys. The website features a map that shows the approximate locations of nearby users who are currently or recently online, as well as active groups and popular meeting spots in the area.

MCPD ICAC also issued an administrative subpoena for subscriber information regarding the identified phone number. AT&T advised that the AT&T subscriber is Michael Everts of XXXX Q Street #XXX in Northwest, Washington, D.C. 20009. MCPD ICAC then forwarded this investigation to the Metropolitan Police Department (MPD) ICAC for further investigation.

On September 26, 2023, your affiant was assigned this investigation regarding the reported Sniffies user and requested that an administrative subpoena be issued for the email address, verashula@gmail.com. Your affiant was provided with the requested information which indicated that the user had a recovery email of iphonefit@gmail.com and a recovery phone number of 202-255-7814 which is registered to AT&T Wireless.

Your affiant requested that an administrative subpoena be issued for the Google account of iphonefit@gmail.com. Google indicated that the account is registered to a user with a name of Michael EE, a recovery email of everts@fit-dc.com, and a recovery phone number of 202-255-7814. Additionally, the account had been linked to Google Pay with a financial instrument linked to Michael Everts with a billing address of XXXX Q Street #XXX in Northwest, Washington, D.C., 20009.

Your affiant conducted records checks of commercial, law enforcement only, and open-source databases for any information regarding 202-255-7814. Your affiant found that Michael Everts (DOB 08/17/1975) was listed as a juvenile's emergency contact and had been contacted by law enforcement after the juvenile was suspected of suspicious online activity on January 12, 2023.

On September 26, 2023, an online covert employee (OCE) of the Federal Bureau of Investigation (FBI) Washington Field Office working out of a satellite office in the District of Columbia (D.C.) contacted the Telegram user @ethaneffex, based upon the earlier Sniffies message indicating that had been provided to law enforcement. The OCE had the following initial conversation with the user,

> OCE: What's up, 35 dad here.
>
> @ethaneffex: Nice. 39. How old is your son? :)
>
> OCE: About to turn 11.
>
> @ethaneffex: Hottest age ever…I fell in love with my neighbor a few years back when he was 9sih. His hottest age was 10/11…sadly he's like 15 now…still hot tho. Your boy athletic and hot?

@ethaneffex indicated that his neighbor's name is "[Minor 1]"[2] and reported that he "secretly film him with my phone on the playground mostly" and advised, "…The best violation was when he was once in my house. Prob9 yes old. He was leaning forward and there was a gap in the back of his jeans. I could see way down and see his beautiful underwear shaped over his beautiful child buns."

---

[2] The names of all minors have been omitted for purposes of this complaint in order to protect the privacy of the minor.

@ethaneffex asked the OCE, "When did u start playing with Jr?  No judgement…." and the UC indicated he had been sexually abusing his son since "he was very little."  @ethaneffex reported, "Amazing…Sorry if I have gaps in response…at work…Is his penis super tiny?"

The OCE asked @ethaneffex, "Do you perv to anything good?  I never get to see the new stuff…"  @ethaneffex advised, "I've had luck finding guys on grindr that are at a hotel and have kiddie porn..everyonce in a while…I usually don't keep anything other than the Facebook pics I swipe of [Minor 1] and other local kids, neighbors, my friends kids"

On September 27, 2023, at approximately 7:14 am, @ethaneffex forwarded four photographs of prepubescent boys.  Three of the photographs displayed prepubescent and pubescent males wearing brief style underwear and the fourth photograph displayed a prepubescent male wearing pink in color underwear with an adult male standing behind him with an erect penis appearing to be inserted into his anus.  The image appears to be a morphed photograph of two images put together to create the appearance that a child is being penetrated by an adult male's erect penis.

The OCE and @ethaneffex continued to communicate via Telegram and @ethaneffex continued to forward images and videos of prepubescent and pubescent males to the OCE. @ethaneffex specifically forwarded photographs of two boys and indicated one of the boys was "[Minor 1]" and the other was "[Minor 2]."  @ethaneffex continued to report that [Minor 1] is a family friend's child and [Minor 2] is a child that he sees at wrestling practice.

@ethaneffex advised regarding [Minor 2], "…I really had opportunities to try and touch [Minor 2]'s tiny dick at wrestling practice.  It was a bit of torture trying to resist.  Paranoia helps ha."  @ethaneffex then forwarded a photograph of what appears to be a young boy wearing a blue in color wrestling outfit.  The photograph was taken looking up at the child from the ground.

@ethaneffex advised he was interested in seeing the OCE's purported son and asked, "Did u get so hard showing him off?"  The OCE indicated that he had "…loved it" and stated, "It's just tough finding people I can trust."  @ethaneffex responded, "I get it.  That's why I don't push too hard.  I think o[n]ce you're clear that I'm a reliable pedo, it's will be obvious we both a lot about discretion and secrecy ha.  Especially since I'm showing you the two local boys I wanna plow the most, [Minor 2] and [Minor 1].  I wanna take them to a bathhouse and watch 20 guys fuck their tight pink child holes, rough…no condoms allowed."

@ethaneffex then forwarded four photographs of a Caucasian adult male with one photograph showing the face of the adult male and indicated to the OCE that the photographs were of him.  In the course of the investigation, your affiant had reviewed the District of Columbia driver's license of Michel Everts, as well as publicly-available social media and the adult male in the photographs appeared to be Michael Everts.

The OCE indicated that he resided in the Washington, D.C. area and @ethaneffex reported that he also lives in the area.  @ethaneffex reported that he would be interested in meeting with the OCE and reported, "My favorite ages are 9 to 12ish.  Lots of hot kids in the NW area of DC."

As described below, @ethaneffex continued to forward numerous photographs of prepubescent and pubescent boys nude and exposing their genitals. Additionally @ethaneffex forwarded more photographs of children he indicated he knew and photographs of children wrestling with one and another. @ethaneffex also forwarded the following image and video to the OCE on October 24, 2023,

1. An image of a prepubescent boy's lower body photographed from the back completely nude with his anus exposed to the camera. An adult male's erect penis is observed pressed against the child's left buttocks.
2. A video of a young boy who appeared to be in the early stages of puberty and was completely nude while on all fours on a bed. The boy is being penetrated by the penises of two adult males in the mouth and in the anus and one of the adult males removes his penis from the child's mouth and then masturbates over his head.

The OCE and @ethaneffex discussed the sexual abuse of the OCE's purported son, and @ethaneffex provided suggestions for how the OCE should dress the fictional child. @ethaneffex also indicated that he was interested in sexually abusing the child. The OCE indicated he intended to sexually abuse the child on October 24, 2023, and @ethaneffex messaged the OCE on October 25, 2023, "U get some nice pics and vids last night?"

On November 9, 2023, @ethaneffex messaged the OCE, "I wish we knew a pedo priest that would invite us over to fuck tiny alter boys all together" and then forwarded the following two videos,

1. A video of an adult male and prepubescent boy laying on a piece of furniture covered in a white sheet. The adult male is kissing the boy while masturbating his own penis and then pulls down the child's pants. The adult male then inserts child's penis into his mouth.
2. A video of an adult male walking in front of numerous prepubescent and pubescent males standing in a line outside wearing shorts and underwear. The adult male walks in front of the boys and touches their stomachs then touches their covered genitals.

@ethaneffex forwarded numerous voice memos to the OCE during the chat communication. @ethaneffex indicated in these voice memos an interest in sexually abusing "[Minor 1]" and other minors and indicated what he wanted to do to the boys he had sent photographs of.

A member of the FBI Washington Field Office (WFO) conducted a search of open-source databases for information regarding the children identified by @ethaneffex as "[Minor 1]" and "[Minor 2]." The member subsequently located information indicating that both boys were real children that reside in Northwest, Washington, D.C.

On November 14, 2023, @ethaneffex messaged the OCE, "Do you have 0 doubts I'm an actual pedophile?" and the OCE advised, "I always have doubts….I'd feel 100% if you sent some real fucked up vids lol." @ethaneffex asked the OCE, "What happens when u feel 100%?" and the OCE indicated, "Oh…things 😈."

@ethaneffex altered the settings of the Telegram chat with the OCE and set the chats "self-destruct timer to 1 hour[3]." @ethaneffex then forwarded the following video,

1. A one (1) minute and thirty-two (32) second long video that shows two prepubescent males laying on a bed. One of the boys is nude from the stomach down with his penis exposed to the camera. The second boy is observed manipulating and masturbating the first boys penis which is erect.

@ethaneffex advised after sending the video, "Now it's 1000% verified. I'm a pedophile. I sent kiddie porn." The OCE later messaged @ethaneffex, "Also you don't trust me anymore lol. Self destruct button!!!!!" @ethaneffex responded by stating, "Oh that was just for something else…a picture maybe? Oh that was because I sent the child porn…To protect us both."

On November 27, 2023, at approximately 3:53 pm, the OCE asked @ethaneffex if he would be "down for coffee tomorrow? Just to meet. Say hi?" @ethaneffex advised, "I'd have to prob do it last minute. Also have to think it thru. I sent kiddie porn to you, so I'm already outed as a pedophile, so for me there's that bit of risk. Gotta think it thru."

On November 28, 2023, at approximately 10:49 a.m., @ethaneffex agreed to meet the OCE outside of the Apple Store at 801 K Street Northwest, Washington, D.C. at approximately 12:30 p.m. @ethaneffex advised after agreeing to meet, "Yeah. I've got one idea to better set it up too, to give us both an out/deniability if we panick…" @ethaneffex again altered the settings of the Telegram messenger to "self-destruct timer to 1 hour" and sent the following message, "Either email or text my office # or email "Found your number/Email online. Can we set up a consultation to discuss fitness training" I'll respond that we can., and you say that time and location. Then it means we are meeting for a professional reason…of course we will meet and let the conversation drift to where it needs to go. What u think? The OCE indicated that was a "smart move" and @ethaneffex provided a phone number of 202-255-7814. The OCE recognized the phone number as a number associated with Michael Evert and linked to the Google account verashula@gmail.com.

The OCE messaged the phone number and received the following response, "That would be great. Thank you for your interest. When would be a good time to meet? Would this be your first time working with a trainer? Best, Mike."

At approximately 12:30 p.m., the OCE observed an adult male in the front of 801 K Street Northwest who appeared to be Michael Everts. The OCE waved to the individual and they approached each other. The OCE greeted the male who introduced himself as Mike. The OCE immediately recognized the male to be Michael Everts.

The OCE and Everts walked in front of 801 K Street Northwest and discussed Everts' fitness business and then discussed their level of interest in pedophilia. During the course of this conversation the OCE provided a hand signal to an arrest team and Everts was subsequently taken

---

[3] The Telegram messaging application allows users to configure the messenger to delete messages from the chat log after a specific amount of time has passed. Telegram refers to this feature as a "self-destruct timer."

into custody by members of the Federal Bureau of Investigation Child Exploitation and Human Trafficking Task Force.

## **CONCLUSION**

Based on the above information, there is probable cause to believe that Michael Everts committed the following offenses: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), on or about October 24, 2023, November 9, 2023, and November 14, 2023.

Respectfully Submitted,

_____
Thomas J. Sullivan
Detective, D1-1232
Federal Bureau of Investigation-Metropolitan Police Department – District of Columbia

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on November 29, 2023.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE